COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Luis Carlos Rodriguez v. The State of Texas

Appellate case number:   01-14-00774-CR

Trial court case number: 07-DCR-046309

Trial court:             240th District Court of Fort Bend County

In response to appellant, Luis Carlos Rodriguez's motion to abate, this Court issued an order, abating the appeal, and directing the trial court to enter written findings of fact and conclusions of law regarding the denial of Rodriguez's motion to suppress. We directed the trial court to file a supplemental clerk's record containing these findings and conclusions on or before February 29, 2016. On February 23, 2016, the State requested an extension of time for the filing of the supplemental clerk's record, which we granted until April 4, 2016. On March 24, 2016, the State filed a second motion for extension. On April 8, 2016, the supplemental clerk's record containing the trial court's findings and conclusions was filed.

Accordingly, we reinstate this appeal on the active docket, deny the State's motion for extension as moot, and order the **State's brief due 30 days from the date of this order**.

It is so ORDERED.


Judge's signature: /s/ Harvey Brown
                  ☒ Acting individually    ☐ Acting for the Court


Date: April 12, 2016